Breck E. Milde, Esq. (State Bar No.122437)
bmilde@terralaw.com
Andrew J. Ditlevsen, Esq. (State Bar No. 284911)
aditlevsen@terralaw.com
TERRA LAW LLP
177 Park Ave., Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

Attorneys for Plaintiff Andre Souang

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAVID RANDALL TINSLEY-BOITANO,<br>JEANNINE MARIE AUSTURIAS-TINSLEY,<br><br>Debtors.<br><br>ANDRE SOUANG,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RANDALL TINSLEY-BOITANO,<br>JEANNINE MARIE AUSTURIAS-TINSLEY,<br><br>Defendants. | Case No. 11-59896 SLJ<br><br>Chapter 7<br><br>Adv. No. 12-05014-SLJ<br><br>**MOTION TO DISMISS ADVERSARY PROCEEDING** |

Plaintiff Andre Souang hereby moves the Court, pursuant to Fed. R. Bankr. P. 7041 and B.L.R. 7007-1 for dismissal of his adversary complaint filed on January 27, 2012 to determine the validity and extent of plaintiff's interest in real property commonly known as 3033 Beachcomber Drive, Moro Bay, California.

The motion is made on the grounds that, pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Bankr. P. 7041, plaintiff Andre Souang may voluntarily dismiss his complaint, and good cause

exists to dismiss that complaint and for each party to bear its own fees and costs, as debtor-defendants have not filed any counter-claim in this adversary proceeding prior to being served with this motion to dismiss and debtors will suffer no prejudice from the Court's order dismissing the adversary complaint.

This motion is based on the accompanying Memorandum of Points and Authorities and Declaration of Andrew J. Ditlevsen.

Dated: February 7, 2013

TERRA LAW LLP

By: /s/ Andrew J. Ditlevsen
Andrew J. Ditlevsen
Attorneys for Andre Souang